UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBIN LAMONT STONE,

      Plaintiff,

                               CASE NO. 1:11-CV-821

v.

                               HON. ROBERT J. JONKER

ROBERT CROMPTON, *et al.*,

      Defendants.

_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 38).  The Report and Recommendation was duly served on the parties on August 3, 2012.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

      **ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 2, 2012, is **APPROVED AND ADOPTED** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendants Nicki J. Monore, Vickie Jensen, Jeannie Stephenson, and Terry Malloy (docket # 21) be **GRANTED**, and that Defendants Monroe, Jensen, Stephenson, and Malloy be **DISMISSED** from this action.  Plaintiff's claims against Defendant Robert Crompton remain pending.

                               /s/ Robert J. Jonker_____
                               ROBERT J. JONKER
                               UNITED STATES DISTRICT JUDGE

Dated: August 31, 2012