UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBIN LAMONT STONE,

        Plaintiff,        Case No. 1:11cv821

v.        Hon. Robert J. Jonker

ROBERT CROMPTON, et al.,

        Defendants.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 11, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 11, 2013, is approved and adopted as the opinion of the court.

**IT IS ORDERED** that the defendant identified as "Administrator for Bureau Health Care Services, Policy and Practic Maker" be dismissed for lack of prosecution.

**IT IS ORDERED** that Dr. Compton's motion for summary judgment (docket #35) is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

                /s/ Robert J. Jonker
                ROBERT J. JONKER
                UNITED STATES DISTRICT JUDGE

DATED: March 8, 2013.